AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ANNIE NICOLE RITENOUR<br><br>*Defendant(s)* | Case No. 3:21mj00035 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of __Culpeper__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:373 | Solicitation to Commit a Crime of Violence |
| 18:1548 | Use of Interstate Commerce Facilities in the Commission of Murder for Hire |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s Andrew Clouser, SA, FBI
*Complainant's signature*

Andrew Clouser, SA, FBI
*Printed name and title*

Received by reliable electronic means and sworn and attested to by telephone.

Date: 10/25/21

*Judge's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*